# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 19-00248 LEK-RT

CASE NAME:       Herma Barbara Medina Reyna vs. PNC Bank, N.A.

JUDGE:   Leslie E. Kobayashi          DATE:          12/14/2020

COURT ACTION:   EO: COURT ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR ISSUANCE OF EMERGENCY TEMPORARY RESTRAINING ORDER (TRO) TO STAY THE SALE OF REAL PROPERTY

On December 3, 2020, pro se Plaintiff Herma Barbara Medina Reyna ("Plaintiff") filed her Ex Parte Motion for Issuance of Emergency Temporary Restraining Order to Stay the Sale of Real Property ("TRO Motion").  [Dkt. no. 140.]  On December 4, 2020, an entering order was issued informing the parties that the TRO Motion was denied ("12/4/20 EO Ruling").  [Dkt. no. 141.]  This Court stated a written order would follow that would supersede the 12/4/20 EO Ruling.  [Id. at PageID #: 1642.]

On December 10, 2020, Plaintiff filed a motion for reconsideration of the 12/4/20 EO Ruling ("Motion for Reconsideration").  [Dkt. no. 142.]  The 12/4/20 EO Ruling expressly stated that Plaintiff had to wait until the written order regarding the TRO Motion was issued before filing a motion for reconsideration.  [12/4/20 EO Ruling at PageID #: 1643.]  Plaintiff's Motion for Reconsideration is therefore DENIED.  The denial of the Motion for Reconsideration is WITHOUT PREJUDICE to the filing of a timely motion for reconsideration **after the issuance of the written order on the TRO Motion**.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager